IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FOUR BATONS WIRELESS, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:24-cv-00284-JRG |

**JOINT MOTION TO EXTEND DEADLINE TO SERVE DISCLOSURES FOR REBUTTAL EXPERT WITNESSES**

Plaintiff Four Batons Wireless, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, the "Parties") respectfully file this joint motion to extend the deadline for the Parties to serve disclosures for rebuttal expert witnesses. *See* Dkt. No. 119. The Parties respectfully request a two-day extension of the deadline from October 27, 2025 to October 29, 2025.

The Parties represent that this motion is not filed for the purposes of delay but rather so that justice may be served. The Parties are negotiating the details of a further motion to extend upcoming case deadlines, and the Parties are filing the present motion to provide additional time to negotiate before the deadline for serving rebuttal expert reports. The Parties have met and conferred and are jointly seeking the relief sought in this motion. No other deadlines will be affected by this motion.

| | |
|---|---|
| Dated: October 24, 2025 | Respectfully submitted, |
| | |
| /s/ Melissa R. Smith | /s/ Meng Xi |
| | Meng Xi – LEAD ATTORNEY |
| Patrick C. Reidy | Texas State Bar No. 24132850 |
| patrick.reidy@arnoldporter.com | mxi@susmangodfrey.com |
| Arnold & Porter Kaye Scholer LLP | Joseph S. Grinstein |
| 70 West Madison Street, Suite 4200 | Texas State Bar No. 24002188 |
| Chicago, IL 60602 | jgrinstein@susmangodfrey.com |
| Telephone: (312) 583-2424 | Shawn Blackburn |
| Facsimile: (312) 583-2360 | Texas State Bar No. 24089989 |
| | sblackburn@susmangodfrey.com |
| Jin-Suk Park | Allen J. Hernandez |
| jin.park@arnoldporter.com | Texas State Bar No. 24132804 |
| Arnold & Porter Kaye Scholer LLP | ahernandez@susmangodfrey.com |
| 601 Massachusetts Ave., NW | Corey M. Lipschutz |
| Washington, DC 20001-3743 | Texas State Bar No. 24099303 |
| Telephone: (202) 942-5000 | clipschutz@susmangodfrey.com |
| Facsimile: (202) 942-5555 | SUSMAN GODFREY L.L.P. |
| | 1000 Louisiana Street, Suite 5100 |
| Stephen Cha-Kim (*pro hac vice*) | Houston, TX 77002 |
| stephen.cha-kim@arnoldporter.com | Telephone: (713) 651-9366 |
| Arnold & Porter Kaye Scholer LLP | Facsimile: (713) 654-6666 |
| 250 West 55th Street | |
| New York, NY 10019 | Rohit Nath |
| Telephone: (212) 836-7270 | California State Bar No. 316062 |
| (Admitted *Pro Hac Vice*) | rnath@susmangodfrey.com |
| | SUSMAN GODFREY L.L.P. |
| Melissa R. Smith | 1900 Avenue of the Stars, Suite 1400 |
| State Bar No. 24001351 | Los Angeles, CA 90067 |
| GILLAM & SMITH, LLP | Telephone: (310) 789-3100 |
| 303 South Washington Avenue | Facsimile: (310) 789-3150 |
| Marshall, Texas 75670 | |
| Telephone: (903) 934-8450 | Andrea L. Fair |
| Facsimile: (903) 934-9257 | Texas State Bar No. 24078488 |
| Email: melissa@gillamsmithlaw.com | andrea@wsfirm.com |
| | WARD, SMITH & HILL, PLLC |
| **Attorneys for Defendants** | 1507 Bill Owens Parkway |
| ***Samsung Electronics Company, Ltd., and*** | Longview, TX 75604 |
| ***Samsung Electronics America, Inc.*** | Telephone: (903) 757-6400 |
| | Facsimile: (903) 757-2323 |
| | |
| | **Attorneys for Plaintiff** |
| | ***Four Batons Wireless, LLC*** |

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is a joint motion.

/s/ Melissa R. Smith

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on October 24, 2025.

/s/ Melissa R. Smith